TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-01-00441-CV








In re Rick Perry, in his Official Capacity as Governor of the State of Texas, and Henry
Cuellar, in his Official Capacity as Secretary of State of the State of Texas





ORIGINAL PROCEEDING FROM TRAVIS COUNTY







PER CURIAM 

 Relators Rick Perry, in his official capacity as Governor of the State of Texas, and
Henry Cuellar, in his official capacity as Secretary of State of the State of Texas, file their petition
for writ of mandamus. See Tex. R. App. P. 52.8. We deny relators' petition for writ of mandamus.


Before Chief Justice Aboussie, Justices Kidd and Yeakel

Filed: October 4, 2001

Do Not Publish